**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 27 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10441 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00355-SPL |
| v. | |
| JAMES L. FORD, a.k.a. James Ford, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted October 23, 2017[**]

Before:    LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

James L. Ford appeals from the district court's judgment and challenges his

guilty-plea conviction and ten-month sentence for escape, in violation of 18 U.S.C.

§§ 751(a) and 4082(a).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Ford's counsel has filed a brief stating that there are no grounds for relief, along

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

with a motion to withdraw as counsel of record.  We construe the letter submitted by Ford on September 19, 2017, as a pro se supplemental brief.  No answering brief has been filed.

Ford waived his right to appeal his conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

To the extent that Ford seeks to raise a claim of ineffective assistance of counsel, we decline to address this issue on direct appeal.  *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**